FORM denyff
REVISED 02/18/2016

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                          Case No.: 2:16–bk–08665–MCW

UPENDRANATH GUNNALA            Chapter: 13
1514 E VICTOR HUGO AVE
PHOENIX, AZ 85022
**SSAN:** xxx–xx–9986
**EIN:**

Debtor(s)

## ORDER DENYING APPLICATION TO PAY FILING FEE IN INSTALLMENTS

   Debtors(s) have paid $ 50.00 of the filing fee and have filed an application to pay the balance in installments. A review of the records of the court discloses that debtor(s) have filed one or more previous cases in which debtor(s) did not pay the full filing fee.

   Local Bankruptcy Rule 1006–1 provides that when the debtor(s) owe a filing fee from a prior case, that the debtor(s) are not eligible to pay the filing fee in installments in this case.

    IT IS ORDERED that debtor(s) application to pay the filing fee in installments is denied. The $ 260.00 balance of the filing fee shall be paid on or before 8/11/16 .

   All payments are to be made at the U.S. Bankruptcy Court. Failure to pay the filing fee as ordered shall result in dismissal of this case.

**Date:** July 28, 2016                                      BY THE COURT

**Address of the Bankruptcy Clerk's Office:**        HONORABLE Madeleine C. Wanslee
U.S. Bankruptcy Court, Arizona                        United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

### NOTICE TO CUSTOMERS REGARDING PAYMENT
### OF FILING FEES

The Court accepts cashier's checks or money orders payable to Clerk, U.S. Bankruptcy Court. Personal checks <u>cannot</u> be accepted for payment of filing fees.

### NOTICE TO CUSTOMERS PRESENTING CHECKS FOR PAYMENT
### OTHER THAN FOR FILING FEES
#### (In Person or By Mail)

When you provide a check as payment, you authorize us either to use information from your check to make a one−time electronic fund transfer from your account or to process the payment as a check transaction. For inquiries, please call 602−682−4215.

When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day you make your payment, and you will not receive your check back from your financial institution. Upon notification of clearance, the check will be destroyed.

### NOTICE TO CUSTOMERS – PRIVACY ACT

A Privacy Act Statement required by 5 U.S.C. § 552a(e)(3) stating our authority for soliciting and collecting the information from your check, and explaining the purposes and routine uses which will be made of your check information, is available at: https://www.pccotc.gov/pccotc/index.htm, or call toll free at 1−866−945−7920 to obtain a copy by mail. Furnishing the check information is voluntary, but a decision not to do so may require you to make payment by some other method.